

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**

JUL X 7 2006
JUL 7 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

VANESSA A. WILSON )
)
_____ )
)
_____ )   CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
)
v. )
)
) 06CV3655
INTERNATIONAL TRUCK & ENGINE ) JUDGE DARRAH
) MAG. DENLOW
CORPORATION, JOE ASSAF, )
)
UAW LOCAL 6 )
(Name of the defendant or defendants) )

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination. → VIOLATION OF TITLE VII OF THE CIVIL RIGHT ACT OF 1964, 42 U.S.C. OF 1981, EMPLOYMENT DISCRIMINATION, ASSAULT & BATTERY, BREACH OF FAIR REPRESENTATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

2. The plaintiff is VANESSA A. WILSON _____ of the

county of MARION _____ in the state of INDIANA _____.

UAW LOCAL 6, JOE ASSAF,
3. The defendant is INTERNATIONAL TRUCK & ENGINE CORPORATION _____, whose

street address is 10400 WEST NORTH AVENUE _____,

(city) MELROSE PARK (county) COOK _____ (state) ILLINOIS (ZIP) 60160

(Defendant's telephone number) (708) - 865-3731 _____

4. The plaintiff sought employment or was employed by the defendant at (street address)

10400 WEST NORTH AVENUE _____ (city) MELROSE PARK _____

(county) COOK _____ (state) ILLINOIS (ZIP code) 60160 _____

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☑ was hired and is still employed by the defendant.

   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

   (month)__9____, (day)__7____, (year)__04____.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check

   one box*] ☐ *has not* ☑ *has* filed a charge or charges against the defendant

asserting the acts of discrimination indicated in this complaint with any of the following

government agencies:

   (i) ☑ the United States Equal Employment Opportunity Commission, on or about

   (month)___2___ (day)_16__ (year)_05___.

   (ii) ☑ the Illinois Department of Human Rights, on or about

   (month)___2___ (day)_16__ (year)_05___.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☑ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

   defendant asserting the acts of discrimination indicated in this court complaint.

2

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b)   The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c)   Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES    ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES    ☐ NO, but a copy will be filed within 14 days.

8.   *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a)☐   the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue.*

(b)☑   the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue*, which was received by the plaintiff on

(month)__4_____ (day)_16___ (year)_2006___ a copy of which

*Notice* is attached to this complaint.

9.   The defendant discriminated against the plaintiff because of the plaintiff's [*check only
those that apply*]:

(a)☐   Age (Age Discrimination Employment Act).

(b)☑   Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

13. The facts supporting the plaintiff's claim of discrimination are as follows:

    " SEE ATTACHED PLEASE "

EmPloyment Discrimination , ASSAULT & BATTERY, breach of the duty OF FAir REPRESENTATION, INTENTIONAL INFliction OF EMOTIONAL DistreSS ...

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐   Direct the defendant to hire the plaintiff.

(b) ☐   Direct the defendant to re-employ the plaintiff.

(c) ☐   Direct the defendant to promote the plaintiff.

(d) ☐   Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☑   Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐   Direct the defendant to (specify): _____

5

(c) ☑ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☑ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☑ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☑ other (specify): Discriminated Against Me based on SEX, AND RACE. Employment Discrimination, assault & Battery, Breach of Duty of Fair Representation, and Intentional Infliction of Emotional Distress.

4

_____

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

Vanessa Wilson

(Plaintiff's name)

VANESSA WILSON

(Plaintiff's street address)

6324 Hazelnut CT.

INDIANAPOLIS, INDIANA 46268

(City) INDIANAPOLIS (State) INDIANA (ZIP) 46268

(Plaintiff's telephone number) (317) - 523 - 7484

Date: 6/22/06

6

Continuation answer from 13.) The facts supporting the plaintiff's claim of discrimination, breach of the duty of fair representation, assault and battery, and intentional infliction of emotional distress against International Truck& Engine Corporation, Union local 6, and Joe Assaf are as follows:

A.) I began working for the International Truck & Engine Corporation on January 19, 1999. My most recent position is Skilled Production Operator. In or about August 2004, I was re-called back to the International Corporation Melrose Park, Illinois location. Immediately after I started in this location, I started to be sexually harassed by supervisors (floor and in office), and co-workers. I complained on several occasions and numerous times to Human Resource personnel. I was always told that they would get back to me; the company never took any action at all. I also asked my union for assistance only to be told to not make trouble since I was new and really needed my job. They also expressed that I was at Melrose Park now and not in Indiana. The union did not adequately represent me at all nor did they help me with neither my Worker's Compensation claim nor the assault and battery that I was subjected too. I called on several dates and never received any phone call back, the union breached representation completely.

B.) On or about September 24, 2004, I was sexually harassed by Joe Assaf. Joe and others told me that I had to go with him in order to get the supplies needed in order to start my job. Joe then took me to an isolated part of the plant. We went into a caged area that was locked and he proceeded to say sexual comments while brushing up against me. Joe also asked me to perform sexual acts right there in exchange for money. This put me in fear

that I would be sexually assaulted. I immediately informed the company as well as my union. International conducted an investigation, which corroborated what happened to me, but the company refused to take action against Joe. During the course of the investigation, the harasser approached me on my way to the bathroom and called me a "nigger-bitch:" and told me that I should have kept my mouth shut. Joe also told me that no one would believe me due to me being new to the plant and went into what was said during his time with Human Resources in order to intimidate me.

**C.)** I informed International of the conversation and racial harassment but no action was taken. After being told that I had to work the next day, I did in a nervous wreck. Due to the sexual harassment and stress I became disabled and was placed on a medical leave of absence. After going to their IME (Independent Medical Examiner) several times at the request of International. On12/2/04, International requested that I go see an IME and that his decision would be binding in my case as it is in all cases. International received on different dates the reports from IME doctor collaborating with all other doctors' diagnosis. International treated my case differently and did not give me Worker Compensation. On or about January 7, 2005, International offered me a worker's compensation settlement in exchange for my resignation.

**D.)** I believe I have been discriminated against, assaulted and battered with intentional infliction of emotional distress, as well breach of the duty of fair representation because of my sex, (female), and race (black), and retaliated against in violation of Title VII of the Civil Rights Act of 1964 42 U.S.C. of 1981, as amended, and my disability in violation of

the Americans with Disabilities Act of 1990. I was subjected too severe intentional

emotional distress.

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 210-2005-02198 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone No. *(Incl Area Code)* | Date of Birth |
|---|---|---|
| Ms. Vanessa Wilson | (317) 255-8813 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 6324 Hazelnut Court Indianapolis, IN 46268 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| INT'L TRUCK & ENGINE CORPORATION | 500 or More | (708) 865-3731 |

| Street Address | City, State and ZIP Code |
|---|---|
| 18400 West North Avenue, Melrose Park, IL 60160 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER *(Specify below.)*

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 9-7-04 (~~06-21-2004~~)   Latest: 01-21-2005
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began working for the Respondent on or about January 19, 1999. My most recent position is Skilled Operator. In or around August 2004, I was called back to the Respondent's Melrose Park, Illinois location. On or about September 24, 2004, I was sexually harassed by a co-worker. I complained to the Respondent. The Respondent conducted an investigation which corroborated my allegations but the company refused to take action against the employee. During the course of the investigation, the harasser referred to me as "nigger bitch" in an effort to intimidate me. I informed the Respondent of the racial harassment but no action was taken. Due to the sexual harassment and stress, I became disabled and was placed on a medical leave of absence. After going to an IME at the request of Respondent on 12/2/04, and being told that the one report would be binding as in all cases, Respondent received report from IME doctor collaborating diagnosis with all other doctors. On or about January 7, 2005, the Respondent offered me worker's compensation in exchange for my resignation.

I believe I have been discriminated against because of my sex, female, and race, Black, and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended, and my disability in violation of the Americans with Disabilities Act of 1990.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 2-8-05   *Date*     *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*     FEB 1 6 2005 |

EEOC Form 161 (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | | |
|---|---|---|
| To: | CERTIFIED MAIL NO: 7099-3400-0014-4045-7942 C/P | From: Chicago District Office - 440 |
| | Vanessa Wilson | 500 West Madison St |
| | 6324 Hazelnut Court | Suite 2800 |
| | Indianapolis, IN 46268 | Chicago, IL 60661 |

317-523-7484

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210-2005-02198 | Daniel Lim, Investigator | (312) 886-9839 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** **before you file suit may not be collectible.**

On behalf of the Commission

John P. Rowe,      4/11/06
District Director      *(Date Mailed)*

Enclosures(s)

cc: INT'L TRUCK & ENGINE CORPORATION