**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| VANESSA A. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | No.   06 C 3655 |
| v. | ) | |
| | ) | |
| INTERNATIONAL TRUCK AND | ) | Judge John W. Darrah |
| ENGINE CORPORATION and | ) | |
| JOE ASSAF, | ) | Mag. Judge Denlow |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF MOTION**

PLEASE BE ADVISED that on **January 29, 2009** at **9:00 a.m.** the Plaintiff, VANESSA A. WILSON, by and through her attorneys, HOLMAN & STEFANOWICZ, LLC, will appear before the Honorable Judge Darrah, sitting in courtroom 1203 of the United States District Court for the Northern District of Illinois, at 219 South Dearborn, Chicago, Illinois, and present the **Plaintiff's Petition for Rule to Show Cause.**

             Respectfully submitted,

             s/   Tara Beth Davis

             _____
             HOLMAN & STEFANOWICZ, LLC
             By:  One of Plaintiff's attorneys

Brian R. Holman
Dennis H. Stefanowicz, Jr.
Tara Beth Davis
HOLMAN & STEFANOWICZ, LLC
Attorneys for the Plaintiff
30 South Wacker Drive, Suite 2425
Chicago, Illinois 60606
(312) 258-9700

**CERTIFICATE OF SERVICE**

       The undersigned certifies that on January 21, 2009, the above-mentioned documents were electronically filed using the CM/ECF system which will send notification of such filing to all attorneys of record who have registered for e-mail delivery and that the above-mentioned documents were sent via Certified Mail to:

Dr. Alexander Obolsky
Health & Law Resource, Inc.
100 W. Monroe St., Ste 1107
Chicago, Illinois 60603

                                                               s/ Tara Beth Davis
                                                               _____