# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 3655 | **DATE** | 1/29/2009 |
| **CASE TITLE** | Wilson vs. Intl. Truck & Engine Corp. | | |

**DOCKET ENTRY TEXT**

Plaintiff's petition for a rule to show cause is denied [109].

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|